UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CRISTINA MENDOZA, *et al.*,<br><br>          Plaintiffs,<br><br>    v.<br><br>JAY INSLEE, *et al.*,<br><br>          Defendants. | CASE NO. 3:19-cv-06216-BHS<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: July 31, 2020 |

Plaintiff's *in forma pauperis* ("IFP") application is before the Court on referral pursuant to 28 U.S.C. § 636 and this Court's Amended General Order 02-19.

In January 2020, the undersigned reviewed plaintiff's proposed complaint in support of her *in forma pauperis* application and determined that it failed to state a claim upon which relief could be granted. *See* Dkt. 2. The Court dismissed the proposed complaint but offered plaintiff an opportunity to provide an amended proposed complaint. Dkt. 2, at 2.

Plaintiff timely filed her amended proposed complaint. *See* Dkt. 3. However, plaintiff's amended proposed complaint again failed to state a cognizable claim for relief, and the Court

1  again dismissed the amended proposed complaint. Dkt. 4, at 13. The Court explained the
2  deficiencies in plaintiff's complaint and offered her an opportunity to provide a second amended
3  proposed complaint, on or before April 14, 2020. Dkt. 4, at 13. The Court warned plaintiff that
4  failure to comply with the Court's Order would result in a recommendation that her *in forma*
5  *pauperis* application be denied and that the matter be dismissed without prejudice. Dkt. 4, at 13.
6  Plaintiff was subsequently granted an extension to June 15, 2020, to file her second amended
7  proposed complaint. *See* Dkt. 6.

8  Although it has been nearly a month since the deadline for plaintiff to file her second
9  amended complaint expired, plaintiff has taken no further action. Therefore, the undersigned
10 recommends that the *in forma pauperis* application be denied and that this matter be dismissed
11 without prejudice for failure to comply with a court order.

12 Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
13 fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
14 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*
15 review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a result in a waiver
16 of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v.*
17 *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
18 imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on July 31, 2020
19 as noted in the caption.

20 Dated this 9th day of July, 2020.

J. Richard Creatura
United States Magistrate Judge