UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CRISTINA MENDOZA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JAY INSLEE, *et al.*, <br><br> Defendants. | CASE NO. 3:19-cv-06216-BHS <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 7. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) The case is **DISMISSED** without prejudice; and

(3) The Clerk shall enter **JUDGMENT** and close this case

Dated this 17th day of August, 2020.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1